United States District Court
Southern District of Texas
**ENTERED**
October 19, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-23-2506 |
| | § | |
| PINEMONT CORNER LLC | § | |

### ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (*see* Doc. No. 11)  Therefore, this case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within thirty days if the settlement is not consummated.  Parties should submit their agreed upon judgment in the next thirty days.

SIGNED this ____19th____ day of October 2023.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE